IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02349

PAGE PENK,

    Plaintiff,

v.

TROY A EIDS, United States Attorney, District of Colorado,

    Defendant.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff Page Penk has submitted to the Court *pro se* a document titled "Emergency Complaint and Motion for Mandamus." The Clerk of the Court will be directed to commence a civil action. For the reasons stated below, the action will be dismissed.

Mr. Penk has been enjoined from filing *pro se* lawsuits in this Court without first obtaining leave of court to proceed *pro se*. See *Penk v. Huber*, No. 07-cv-00607-WYD-MEH (D. Colo. Oct. 4, 2007). In order to obtain permission to proceed *pro se*, Mr. Penk must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" and an affidavit that includes certain information specified in the sanction order. The "Emergency Complaint and Motion for Mandamus" that Mr. Penk has submitted to the Court does not comply with the requirements of the sanction order. Mr. Penk has not submitted all of the required

documents and he has not provided all of the information specified in the sanction order. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the "Emergency Complaint and Motion for Mandamus" and the action are dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions.

DATED at Denver, Colorado, this 28 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 02349 BNB

Page Penk
1304 S. Parker Road PH - 17
Denver, CO 80231

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/30/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk